

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2018

No. 04-18-00067-CR

Tommy **LUNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRN-000986-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's brief was originally due on August 2, 2018. After we granted Appellant's first and second motions for extensions of time to file the brief, the brief was due on October 16, 2018.

To date, no brief or further motion for extension of time to file the brief has been filed.

We ORDER Appellant's court-appointed attorney Francisco Javier Montemayor Jr. to file either a motion to dismiss or the brief within TEN DAYS of the date of this order.

If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's attorney Francisco Javier Montemayor Jr. is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38. *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court